**SPRY v. WINSTON-SALEM/FORSYTH BD. OF EDUC.**

[332 N.C. 661 (1992)]

SUSAN DALE SPRY v. WINSTON-SALEM/FORSYTH COUNTY BOARD OF EDUCATION

No. 95A92

(Filed 19 November 1992)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 105 N.C. App. 269, 412 S.E.2d 687 (1992), reversing a judgment for plaintiff in the sum of $454,910.00 entered by Booker, J., on 7 March 1990 in Superior Court, Forsyth County. Heard in the Supreme Court 7 October 1992.

*Kennedy, Kennedy, Kennedy and Kennedy, by Harold L. Kennedy, III, and Harvey L. Kennedy, for plaintiff appellant.*

*Womble Carlyle Sandridge & Rice, by Anthony H. Brett, for defendant appellee.*

*Tharrington, Smith & Hargrove, by George T. Rogister, Jr., Ann L. Majestic, Allison B. Schafer, and Jonathan A. Blumberg, for the North Carolina School Boards Association, amicus curiae.*

PER CURIAM.

AFFIRMED.